IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BENYEHUDAH WHITFIELD, | ) |
| Plaintiff, | ) ) ) |
| vs. | )  Case No. 13-cv-00653-JPG-PMF ) |
| MICHAEL ATCHINGSON, *et al.*, | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 87) of Magistrate Judge Philip M. Frazier with regard to Defendants' Motions to Dismiss (Docs. 31 and 66). The Plaintiff did not file any objections to the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report and has reviewed the entire file. The Court finds that the R & R is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 28) and **GRANTS** Defendants' Motions to Dismiss (Docs. 31 and 66).

IT IS SO ORDERED.

DATED:  11/25/2014

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**