IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BENYEHUDAH WHITFIELD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No. 13-cv-00653-JPG-PMF |
| MICHAEL ATCHINGSON, *et al.*, | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter comes before the court on the Plaintiff's Motion (Doc. 92) to Reconsider this Court's order of December 3, 2014 (Doc. 91) which struck Plaintiff's Objections (Doc. 90) to the Report and Recommendation (R & R) of Magistrate Judge Frazier (Doc. 87).

Plaintiff states in his Motion to Reconsider that the R & R was not mailed out until four days after it was entered into the record and that the R & R was not delivered by the U.S. Postal Service until November 15, 2014. Plaintiff provided a photo copy of the envelope which supports the mailing and delivery dates. The Plaintiff also notes that, 14 days from the date he received the R & R would place the deadline for his objection during Thanksgiving Weekend and that the Clerk's Office was closed during that period.

As Plaintiff has provided the Court with the envelope that demonstrates the late mailing and delivery of the R & R, the Court is **GRANTING** Plaintiff's Motion (Doc. 92) to Reconsider this Court's order of December 3, 2014 (Doc. 91). As an extension of granting Plaintiff's Motion (Doc. 91), the Court will review Plaintiff's Objection (Doc. 90) and reconsider its Order (Doc. 88) adopting the R & R.

The Court is also **GRANTING** Defendants additional time to object to the R & R and/or respond to Plaintiff's objection.  Defendant's objection and/or response is due on or before **June 10th, 2015.**

   **IT IS SO ORDERED.**

   **DATED:**   5/19/2015

                                    *s/J. Phil Gilbert*
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**