IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BENYEHUDAH WHITFIELD, )
Plaintiff, )
)
)
V. )  No.: 13-cv-0653- SMY- RJD
)
MICHAEL ATCINGSON, et al., )
Defendants. )

## MOTION FOR CLERK TO PROVIDE EXPLANATION AS FOR WHY PLAINTIFF'S TIMELY RECEIVED NOTICE OF APPEAL WAS NOT FILED TIMELY

NOW COMES Plaintiff, BenYeHudah Whitfield, whose appeal regarding this matter is currently at risk of being dismissed because it was not timely filed by the Office of the Clerk. Plaintiff submits this motion for Clerk to provide explanation as for why his timely received notice of appeal was not filed in a timely matter. In support of this motion, Plaintiff states the following:

1) On March 23, 2020, the Court entered a final and appealable Order [Doc. 298] regarding this matter.

2) Once the Court's March 23, 2020 final and appealable Order was entered, Plaintiff had until April 22, 2020 to file his notice of appeal, unless another party in this matter filed notice of Appeal. Pursuant to Rule 4(a)(3) of FRAP, "If one party timely files a notice of appeal, any other party may file a notice of appeal within 14 days after the date when the first notice was filed, or within the time otherwise prescribed by this Rule 4(a), whichever period ends later."

3) On April 17, 2020, Defendants filed their Notice of Appeal. Therefore, based on the Defendant's filing, pursuant to Rule 4(a)(3), Plaintiff had until May 1, 2020 to file his Notice of Appeal.

4) On April 22, 2020, Plaintiff submitted mailed his Notice of Appeal to the Clerk of the Court. It was delivered on April 25, 2020.

5) Attached hereto (as Attachments 1 – 2) is a copy of the Product Tracking & Reporting by the U.S. Postal Service. It shows that on the bottom of the diagram (of Attachment 2), the document was mailed on April 22, 2020. The mid-section of the diagram shows the document was delivered/received on April 25, 2020.

6) Although Plaintiff's Notice of Appeal was delivered/received by the Office of the Clerk on April 25, 2020, according to the Civil Docket, it was not entered into the record/filed until May 5, 2020 [Doc. 307]. The Notice of Appeal was entered into the record/filed by the Office of the Clerk four days past its deadline date.

7) The untimely filing of Plaintiff's Notice of Appeal has raised a jurisdictional question in the Seventh Circuit Court of Appeals (Orders of May 6, 2020 and May 29, 2020).

8) Plaintiff believes the COVID-19 Pandemic is the reason his Notice of Appeal was not entered into the record/filed by the Office of the Clerk within a timelier fashion. However, whatever the reason is for the untimely filing, Plaintiff's appeal is at risk of being dismissed, unless the Office of the Clerk provides an explanation for the late filing.

9) Plaintiff respectfully requests that someone of the Clerk's Office provide an explanation of why Plaintiff's Notice of Appeal was not entered into the record/filed until after ten days after being received by the Clerk's Office. Plaintiff further request that the Clerk's Office file the explanation directly with the Seventh Circuit Court of Appeals, and/or provide Plaintiff with the explanation.

WHEREFORE, based on the foregoing, it is prayed the either the Court issue an order directing the Clerk's Office to file in the Seventh Circuit Court of Appeals an explanation of why

Plaintiff's Notice of Appeal was entered into the record/filed in an untimely manner (Plaintiff's Notice of Appeal was entered into the record/filed in an untimely manner (ten days after being received by the Clerk's Office, and four days past the deadline date), and/or issue an order for Plaintiff to be provided with such explanation. Plaintiff further requests for any further relief deemed appropriate in the interest of Justice.

Respectfully submitted

*BenYehudah Whitfield* (signature)

BENYEHUDAHWHITFIELD
Plaintiff, Pro se,
301 Luella Ave.
Calumet City, IL 60409
Phone: (773) 610-8647
Email: benyehudahwhitfield@yahoo.com

Request Internal Premium Tracking Statement

### Extra Services

#### Extra Services Details

| Description | Amount |
|---|---|
| Priority Mail Express Merchandise Insurance | $0.00 |
| PO to Addressee | |
| Up to $100 insurance included | $0.00 |

### Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| REFUND PAID | VL | 05/12/2020 | 15:45 | | System Generated | | | 05/12/2020 16:16:33 | Request Delivery Record |
| DELIVERED, IN/AT MAILBOX | 01 | 04/25/2020 | 08:41 | BENTON, IL 62812 | Scanned | MDD 14295D8310 (interface type - wireless) | Scanned by route 2812C006 | 04/25/2020 08:45:15 | GEO Location Data Available Facility Finance Number: 160678 Request Delivery Record Recipient Name: WAIVED |
| OUT FOR DELIVERY | OF | 04/25/2020 | 07:10 | BENTON, IL 62812 | System Generated | | | 04/25/2020 07:12:38 | |
| SORTING/PROCESSING COMPLETE | PC | 04/25/2020 | 07:00 | BENTON, IL 62812 | System Generated | | | 04/25/2020 07:12:24 | |
| ARRIVAL AT UNIT | 07 | 04/25/2020 | 06:02 | BENTON, IL 62812 | Scanned | DSS-101-00 | Destined to route C006 | 04/25/2020 06:14:10 | OFD Same Day |
| ENROUTE/PROCESSED | 10 | 04/24/2020 | 14:51 | SAINT LOUIS, MO 631559998 | Scanned | IMD 030SHJP447 (non-wireless) | Scanned by route 63155 | 04/24/2020 21:04:06 | GEO Location Data Available |
| DEPART USPS FACILITY | EF | 04/24/2020 | 10:04 | HAZELWOOD, MO 63042 | System Generated | | | 04/24/2020 12:15:12 | Dispatch Label ID: DS13 8038 8333 2004 2412 0342 000 |
| ENROUTE/PROCESSED | 10 | 04/24/2020 | 07:32 | HAZELWOOD, MO 63042 | Scanned | MSA-003-01 | | 04/24/2020 07:48:35 | |
| ENROUTE/PROCESSED | 10 | 04/23/2020 | 15:10 | CHICAGO, IL 60883 | Scanned | PSS-002-12 | | 04/23/2020 15:20:06 | |
| ENROUTE/PROCESSED | 10 | 04/22/2020 | 22:02 | BEDFORD PARK, IL 604999997 | Scanned | IMD 030SHJN451 (non-wireless) | Scanned by route 60499 | 04/22/2020 23:07:09 | GEO Location Data Available |
| ACCEPT OR PICKUP | 03 | 04/22/2020 | 13:07 | CALUMET CITY, IL 604099998 | Scanned | POS | Destined to route C006 | 04/22/2020 13:40:13 | Facility Finance Number: 161182 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search   Submit

Product Tracking & Reporting, All Rights Reserved
Version: 20.3.2.0.102

ATTACHMENT 2

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse?label=EJ104733503US&... 5/14/2020

# Product Tracking & Reporting

Home　　Search　　Reports　　Manual Entry　　Rates/Commitments　　PTR / EDW　　USPS Corporate Accounts



Help

UNITED STATES POSTAL SERVICE

May 14, 2020

## USPS Tracking Intranet Tracking Number Result

⚠ **Price Change 1/26/2020:**
USPS Premium Tracking: USPS will offer a fee-based service to extend the availability of tracking data on domestic competitive products for an additional 6 months up to 10 years. In addition, customers can also request a Premium Tracking Statement via email.

The Manual Entry Acceptance screen will be modified to use the Pricing Engine for all rates calculations. Users will no longer enter fees for Collect on Delivery (COD) and Additional Insurance; instead, users will enter the dollar amount to be collected for COD or the insured value for Insurance.

**Result for Domestic Tracking Number EJ10 4733 503U S**

Tracking Expires On April 23, 2022

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 626121362 | BENTON | IL |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 604099998 | CALUMET CITY | IL |

### Tracking Number Classification

**Class/Service**

- Class/Service: Priority Mail Express PO-Add
- Class of Mail Code/Description: EX / Priority Mail Express 2-Day®

**Destination Address Information**

- Address: 301 W MAIN ST
- City: BENTON
- State: IL
- 5-Digit ZIP Code: 62812
- 4-Digit ZIP Code add on: 1362
- Delivery Point Code: 01
- Record Type Code: Street Record
- Delivery Type: Business, Other

**Origin / Return / Pickup Address Information**

- Address:
- City:
- State:
- 5-Digit ZIP Code: 60409
- 4-Digit ZIP Code add on: 9998

**Service Delivery Information**

- Service Performance Date: Scheduled Delivery by: Friday, 04/24/2020 by 3:00pm
- Delivery Option Indicator: 1 - Normal Delivery
- Zone: 03
- PO Box: N
- Other Information: Service Calculation Information

**Payment**

- Postage: $26.35 Refund Issued
- Weight: 0 lb(s) 6 oz(s)
- Rate Indicator: PRIORITY MAIL EXPRESS FLAT RATE POST OFFICE TO ADDRESSEE

Agent Information

**ATTACHMENT 1**

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse?label=EJ104733503US&... 5/14/2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BENYEHUDAH WHITFIELD, )
Plaintiff, )
)
V. )
) CASE NO. 13-653- SMY- RJD
MICHAEL ATCHINGSON, et al., )
Defendant. )
)

## CERTIFICATE OF FILING AND SERVICE

I, BenYeHudah Whitfield, Plaintiff in this matter, herby certify that on February 16, 2021, I electronically filed in this Court my attached Motion for Clerk to Provide Explanation as for Why Plaintiff's Timely Received Notice of Appeal was Not Filed Timely.

The attorneys named below, of the Illinois Attorney General's Office, and on behalf of Defendants in this matter, is a CM/ECF users and will (therefore) receive a copy of this filing via CM/ECF.

Lisa A. Cook
Office of the Attorney General-Springfield
500 South Second Street
Springfield, IL 62701
217-782-9014
217-782-8767 (fax)
lcook@atg.state.il.us
*Assigned: 11/06/2015*
*ATTORNEY TO BE NOTICED*

_____
BENYEHUDAH WHITFIELD
Petitioner/Appellant, Pro Se
301 Luella Ave.,
Calumet City, IL 60409
(773) 610-8647
benyehudahwhitfield@yahoo.com